43588. ALDRIDGE v. FINDLEY.
(346 SE2d 69)

SMITH, Justice.

This case involves a petition for a writ of mandamus against appellee to compel him to sign an order in a habeas corpus hearing held on February 18, 1986.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), the petition is therefore dis-

missed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED JUNE 24, 1986.

Aubrey H. Aldridge, *pro se.*
Dupont K. Cheney, *District Attorney,* for appellee.